IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | NO. 3:22-CR-0012-X (02) |
| § | |
| DEMETRIC WATSON § | |

**ORDER**

TO: United States Marshals Service
Robert E. Coyle Federal Bldg.
2500 Tulare St. #3501
Fresno, California 93721
Phone No. 559-487-5600

**YOU ARE HEREBY COMMANDED** to transfer DEMETRIC WATSON, Register No. 83136-509, DOB October 30, 1983, forthwith to the Northern District of Texas, Dallas Division in which he is charged and deliver him to the United State Marshal for that district or to some other officer authorized to receive him. The marshal or officer in the charging district should immediately notify the United States Attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit this order to the United States Marshals Service, Eastern District of California, Fresno Division.

**IT IS SO ORDERED.**

Dated this 24th day of February 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE